IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BETTY JOHNSTON,**

    **Plaintiff,**

                                    **Case No. 2:22-cv-1667**
**v.**                               **Judge Edmund A. Sargus Jr.**
                                    **Magistrate Judge Kimberly A. Jolson**

**CVS HEALTH SOLUTIONS, LLC,**

    **Defendant.**

## ORDER

    This matter is before the Court on Defendant's Unopposed Motion for Remand (ECF No. 12).  Plaintiff filed this personal injury action against Defendant in Jefferson County Court of Common Pleas.  Defendant removed the case to this Court on March 17, 2022.  Since then, Plaintiff has stipulated that she will not seek more than $74,000.00 in this case.  Plaintiff and Defendant agree that the matter should be remanded back to Jefferson County Court of Common Pleas.  The Court finds there is no diversity jurisdiction. Defendant's Motion for Remand (ECF No. 12) is **GRANTED**.

    **IT IS SO ORDERED.**


**4/19/2022**                                              **s/Edmund A. Sargus, Jr.**
**DATED**                                                **EDMUND A. SARGUS, JR**
                                                           **UNITED STATES DISTRICT JUDGE**